

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL LESLIE MCCUEN,<br><br>Defendant. | Case No. CR-11-81-BLG-SPW<br><br>**ORDER ALLOWING FILING OF DOCUMENT UNDER SEAL** |

Upon Defendant's Motion to File Document Under Seal (Doc. 62), and for good cause appearing,

IT IS HEREBY ORDERED that the Defendant's substance abuse evaluation is filed under seal.

The Clerk of the Court is to notify counsel of the making of this Order.

DATED this 29th day of March, 2017.

SUSAN P. WATTERS
U.S. DISTRICT COURT JUDGE

1