

FILED

OCT 19 2017

Clerk, U.S. District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL L. MCCUEN,<br><br>Defendant. | CR 11-81-BLG-SPW<br><br>ORDER |

For the reasons stated on the record, Michael L. McCuen is hereby released from the custody of the U.S. Marshals Service.

DATED this 19th day of October, 2017.

SUSAN P. WATTERS
U.S. DISTRICT JUDGE

1