IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL L. MCCUEN,<br><br>Defendant. | CR 11-81-BLG-SPW<br><br>**ORDER VACATING<br>PRELIMINARY HEARING** |

Defendant has filed a motion to vacate the preliminary hearing. (Doc. 103.) Defendant indicates he has decided to waive his right to a preliminary hearing. Accordingly, IT IS HEREBY ORDERED that the preliminary hearing currently set for August 11, 2020 at 10:00 a.m. is VACATED.

DATED this 10th day of August, 2020.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge